IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN LOUIS SHERMOND BUFORD**                      **PLAINTIFF**
**ADC # 116840**

v.                **CASE NO. 4:23-CV-00707-BSM-JTK**

**RODNEY D. BROWN,** *et al.*                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE